IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANNE MARIE CASTIGLIOLA                                            PLAINTIFF

VS.                                          CAUSE NUMBER: 3:08CV528-HTW-LRA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                DEFENDANT

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

UPON CONSIDERATION of the parties' Joint Motion, and the representations made

therein, specifically, that Plaintiff seeks additional testing and/or medical treatment, and that

Defendant waives any statute of limitation defense through and including June 30, 2010, Plaintiff's

Complaint and all its claims are hereby DISMISSED, without prejudice.

Each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 14th day of October, 2009.

/s/ Henry T. Wingate
HENRY T. WINGATE
CHIEF JUDGE

Approved as to form by:

/s/ Michael T. Jaques
MICHAEL T. JAQUES, MSB# 8708
Attorney for Plaintiff


/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant